1018

■ Louis Crescenzo et al., Appellants, v. Joseph Rubinow et al., Respondents.— Motion for reargument and for other relief denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 286 App. Div. 880.]

. ■ In the Matter of the Application of Myron J. Shon for Reinstatement as an Attorney.— The matter is referred to the Committee on Character and Fitness of the Ninth Judicial District for an investigation, hearing and report as to the applicant's character and fitness to be a member of the Bar. The investigation should embrace the activities of the applicant since the time he was disbarred. The application for reinstatement will be held in abeyance until the receipt of the report. Present — Wenzel, Murphy, Ughetta and Hallinan, JJ.; Nolan, P. J., not voting.

■ Fae Appell, Respondent, v. Comstock & Ludlam, Inc., Appellant.— In an action to recover damages for failure to construct a dwelling in accordance with the provisions of a building contract, the jury rendered a verdict in favor of respondent. The appeal is from the judgment entered thereon and from an order denying a motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ Mary Baccale et al., Respondents, v. City of New York, Respondent-Appellant, and Ole Birkland, Appellant.— Action by respondent Mary Baccale to recover damages for personal injuries and by her husband for medical expenses and loss of services. While said respondent was proceeding on an unpaved portion of a public sidewalk, in front of premises owned and controlled by appellant Birkland, her foot was caught and held in a drain outlet, and she was caused to fall and to sustain the injuries complained of. The drain outlet had been placed in the sidewalk by appellant Birkland for the special use and benefit of his property. Appellant City of New York cross-claimed for judgment over against said property owner. After trial by the court without a jury, judgment was directed in favor of respondent Mary Baccale for $24,000 and in favor of respondent Anthony Baccale for $4,500 against the city and the property owner, and in favor of the city on its cross claim against the property owner. The property owner appeals from the judgment entered thereon. The city appeals from said judgment insofar as it is in favor of said respondents. Judgment, insofar as it is in favor of respondent Mary Baccale against appellants and insofar as said judgment is in favor of the city on its cross claim to the extent of the recovery of said respondent, reversed, action severed, and new trial granted, with costs to abide the event, unless said respondent, within 20 days after the entry of the order hereon, stipulate to reduce the award in her favor to $17,500, in which event the judgment, insofar as it is in favor of said respondent and in favor of the city on its cross claim, as so reduced, is affirmed, without costs. In our opinion, the award in favor of respondent Mary Baccale is excessive. Wenzel, Beldock and Ughetta, JJ., concur; Nolan, P. J., and Hallinan, J., dissent and vote to affirm the judgment insofar as it is in favor of respondent Mary Baccale and insofar as it is in favor of the city on its cross claim to the extent of the recovery of said respondent. Judgment, insofar as it is in favor of respondent Anthony Baccale against appellants and insofar as said judgment is in favor of the city on its cross claim to the extent of the recovery of said respondent, unanimously affirmed, with costs to said respondent, payable by appellants, and to the city, payable by appellant Birkland. No opinion.